# AFFIDAVIT OF SPECIAL AGENT MICHAEL FINNERTY

I, Michael Finnerty, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since 2001. I am assigned to the Worcester, Massachusetts Satellite Office of the ATF's Boston Field Division, where I am responsible for conducting investigations related to violations of various federal firearms laws. My participation in these investigations has included using confidential human sources, cooperating witnesses, and undercover agents; executing search and arrest warrants; conducting victim and witness interviews; reviewing business records and communications content; and conducting electronic and physical surveillance.

2. I submit this affidavit in support of a criminal complaint charging Jose RIVERA (born 1999) with unlawful possession of a machinegun, in violation of 18 U.S.C. § 922(o).

3. The statements in this affidavit are based upon my investigation as well as information provided by other law enforcement officers. Since I submit this affidavit for the limited purpose of establishing probable cause to believe that RIVERA has committed the above offense, I have not included every fact known to me concerning this investigation but, instead, have set forth only those facts that I believe are needed to establish the requisite probable cause.

## RELEVANT STATUTES AND BACKGROUND REGARDING GLOCK SWITCHES

4. Title 18, United States Code, Section 922(o) prohibits individuals from possessing or transferring a machinegun except in circumstances not relevant to this investigation.[1]

---

[1] Section 922(o) does not apply to (a) the transfer or possession of a machinegun by a government agency or (b) a lawful transfer or lawful possession of a machinegun that occurred before May 19, 1986.

5.     Title 18, United States Code, Section 921(a)(24) incorporates the definition of a machinegun that is contained in 26 U.S.C. § 5845(b), to wit:

> The term "machinegun" means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. <u>The term shall also include</u> the frame or receiver of any such weapon, <u>any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person</u>.

26 U.S.C. § 5845(b) (emphasis added).

6.     Based upon my training and experience, I am aware of conversion devices that have been designed and created for the sole purpose of converting semiautomatic Glock pistols into fully automatic machineguns. These devices vary by design and appearance but all, when properly installed on a semi-automatic Glock pistol, will allow the firearm to expel more than one projectile by a single pull of the trigger at a rate of approximately 1,200 rounds per minute (i.e. 20 rounds per second).

7.     Installation of these conversion devices is fast and simple, requires no technical expertise, and is completed by removing the polymer slide cover plate on a Glock semi-automatic pistol and replacing it with a conversion device. These devices are referred to by different names, including but not limited to switches, auto sears, convertors, conversion switches, selector switches, and conversion devices.

8.     ATF considers Glock conversion devices to constitute machineguns, as defined by federal law.

## STATEMENT OF PROBABLE CAUSE

9. On February 27, 2023, I obtained federal search warrants to search RIVERA's person and his residence at 197 Pilgrim Avenue in Worcester, Massachusetts (the "Target Premises").

10. On March 7, 2023, agents executed the search warrants. Agents identified RIVERA's bedroom within the Target Premises. RIVERA and his girlfriend, who was present during the execution of the warrants, confirmed the bedroom was used by RIVERA.

11. On a shelf within RIVERA's bedroom, agents recovered one Glock switch attached to a Glock Model 23 .40 caliber firearm. The Glock Model 23 firearm, with the Glock switch attached, is pictured below:



12. Agents recovered two additional Glock switches, unattached to a firearm, inside a shoe box in RIVERA's bedroom. The recovered Glock switches are pictured below:

3



## CONCLUSION

13. Based on the information described above, there is probable cause to believe that on March 7, 2023, Jose RIVERA unlawfully possessed a machinegun, in violation of 18 U.S.C. § 922(o).

I declare that the foregoing is true and correct.

_____
Special Agent Michael Finnerty
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn before me by telephone in accordance with Federal Rules of Criminal Procedure 41(d)(3) and 4.1 this 7th day of March, 2023.     1:28 p.m.



HONORABLE DAVID H. HENNESSY
United States Magistrate Judge

4